Patricia **MUSONE d/b/a National Liquors**

v.

**PAWTUCKET BOARD OF LICENSE COMMISSIONERS et al.**

No. 83–481–M.P.

Supreme Court of Rhode Island.

Sept. 28, 1983.

Alan T. Dworkin, Cranston, for petitioner.

Gerald J. Pouliot, Asst. City Sol., Pawtucket, for respondent.

**ORDER**

The petition for writ of certiorari and motion for stay are denied. The stay en-

tered in this matter on September 23, 1983 is vacated.